IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| DEBORAH BLAKE<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE & ACCIDENT INSURANCE COMPANY<br><br>Defendant. | Civil Action No. 3:17-CV-01317 |

## STIPULATION FOR DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff and Defendant, by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

Respectfully submitted, this 4th day of May, 2017

| | |
|---|---|
| s/     Joshua D. Pearson<br>Joshua D. Pearson, Esq.<br>Prim Law Firm<br>3825 Teays Valley Road, Suite 200<br>P. O. Box 430<br>Hurricane, WV 25526<br>304.201.2425 (p)<br><br>Attorney for Plaintiff | s/     Simoné L. Delerme<br>Simoné L. Delerme, Esq.<br>PEPPER HAMILTON LLP<br>100 Market Street, Suite 200<br>P. O. Box 1181<br>Harrisburg, PA 17108-1181<br>P:717.255.1155<br>F: 717.255.0575<br>*delermes@pepperlaw.com*<br><br>Attorney for Hartford Life and Accident Insurance Company |

IT IS SO ORDERED: 5/5/17

_____
ROBERT C. CHAMBERS, CHIEF JUDGE